UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

  vs.

SIMPSON CAPITAL MANAGEMENT, INC.,
ROBERT A. SIMPSON, and
JOHN C. DOWLING,

      Defendants.

------------------------------------------ X

CIVIL ACTION No. 07 cv 6072 (JGK)
ECF CASE

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Celia Goldwag Barenholtz, a member of good standing in this Court, hereby enters her appearance as counsel of record on behalf of Defendants Simpson Capital Management, Inc. and Robert A. Simpson in the above-captioned matter.

Dated: New York, New York
      August __, 2007

Respectfully submitted,

_/s/ Celia Goldwag Barenholtz_
Celia Goldwag Barenholtz (CB-9126)
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6000
Fax:   (212) 479-6275