UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
SECURITIES AND EXCHANGE            :
COMMISSION,

       Plaintiff,                       :

  vs.                                      :

SIMPSON CAPITAL MANAGEMENT, INC.,   :   CIVIL ACTION No. 07 cv 6072 (JGK)
ROBERT A. SIMPSON, and                   ECF CASE
JOHN C. DOWLING,                    :

       Defendants.                      :

                                              :
---------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Jason Koral, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of Defendants Simpson Capital Management, Inc. and Robert A. Simpson in the above-captioned matter.

Dated: New York, New York
       August 20, 2007

                                        Respectfully submitted,

                                        _____
                                        Jason Koral (JK-1044)
                                        Cooley Godward Kronish LLP
                                        1114 Avenue of the Americas
                                        New York, NY 10036-7798
                                        Phone: (212) 479-6000
                                        Fax:   (212) 479-6275