UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
SECURITIES AND EXCHANGE           :
COMMISSION,
                                  :
         Plaintiff,
                                  :
    vs.
                                  :
SIMPSON CAPITAL MANAGEMENT, INC.,     CIVIL ACTION No. 07 cv 6072 (JGK)
ROBERT A. SIMPSON, and            :   ECF CASE
JOHN C. DOWLING,
                                  :
         Defendants.
                                  :

                                  :
---------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Emma Terrell, a member of good standing in this Court, hereby enters her appearance as counsel of record on behalf of Defendants Simpson Capital Management, Inc. and Robert A. Simpson in the above-captioned matter.

Dated: New York, New York
      August 20, 2007

Respectfully submitted,

*/s/ Emma Terrell/*

Emma Terrell (ET-1414)
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6000
Fax:   (212) 479-6275