UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
SECURITIES AND EXCHANGE : 
COMMISSION,
 :
       Plaintiff,
 :   INDEX No. 07 CV 6072 (JGK)
   vs.   ECF CASE
 :
SIMPSON CAPITAL MANAGEMENT, INC., :   **RULE 7.1 DISCLOSURE STATEMENT**
ROBERT A. SIMPSON and
JOHN C. DOWLING, :

       Defendants. :
---------------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Simpson Capital Management, Inc. ("Simpson Capital") states that Simpson Capital has no parent corporation, and that no publicly held corporation owns ten percent or more of its stock.

New York, New York                     COOLEY GODWARD KRONISH LLP
Dated: September 18, 2007

                                     By:   /s/ Alan Levine
                                          Alan Levine (AL-1073)
                                          Celia Goldwag Barenholtz (CGB-9126)
                                          Jason Koral (JK-1044)
                                          Emma Terrell (ET-1414)

                                      1114 Avenue of the Americas
                                      New York, New York  10036
                                      (212) 479-6000

                                      *Attorneys for Defendants*
                                      *Simpson Capital Management, Inc.*
                                       *and Robert A. Simpson*