UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
SECURITIES AND EXCHANGE           :
COMMISSION,
                                  :
        Plaintiff,
                                  :   INDEX No. 07 CV 6072 (JGK)
   vs.                               ECF CASE
                                  :
SIMPSON CAPITAL MANAGEMENT, INC., :   **NOTICE OF MOTION TO DISMISS**
ROBERT A. SIMPSON and
JOHN C. DOWLING,                  :

        Defendants.      :
---------------------------------------- X

     **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Affirmation of Emma Terrell, executed on September 18, 2007, and the exhibits attached to the affidavit, Defendants Simpson Capital Management, Inc. and Robert A. Simpson, by their counsel Cooley Godward Kronish LLP, and Defendant John C. Dowling, by his counsel Clayman & Rosenberg, will move this Court before the Honorable John G. Koeltl, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at 9:30 A.M. on the 30th of October or as soon thereafter as counsel may be heard, for an order dismissing with prejudice the Complaint in its entirety pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and for such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| New York, New York<br>Dated: September 18, 2007 | COOLEY GODWARD KRONISH LLP<br><br>By:     /s/ Alan Levine<br>    Alan Levine (AL-1073)<br>    Celia Goldwag Barenholtz (CGB-9126)<br>    Jason Koral (JK-1044)<br>    Emma Terrell (ET-1414)<br><br>1114 Avenue of the Americas<br>New York, New York  10036<br>(212) 479-6000<br><br>*Attorneys for Defendants*<br>*Simpson Capital Management, Inc.*<br>*and Robert A. Simpson*<br><br><br>CLAYMAN & ROSENBERG<br><br><br>By:     /s/ Charles E. Clayman<br>    Charles E. Clayman (CC-0346)<br>    Thomas C. Rotko (TR-9339)<br><br>305 Madison Avenue, Suite 1301<br>New York, New York 10165<br>(212) 922-1080<br><br>*Attorneys for Defendant John C. Dowling* |