**CERTIFICATE OF SERVICE**

      I hereby certify that on September 18, 2007, the foregoing Notice of Motion, Memorandum of Law in Support of Motion to Dismiss, Affirmation of Emma Terrell, and Rule 7.1 Disclosure Statement were filed via CM/ECF, which will provide electronic copies and notification of filing to the counsel listed below.

Daniel M. Hawke
Elaine C. Greenberg
Amy J. Greer
David S. Horowitz
Brendan P. McGlynn
Jack C. Easton
Tami S. Stark
SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
701 Market Street, Suite 2000
Philadelphia, PA  19106

                                                                 /s/ Emma Terrell
                                                                 Emma Terrell (ET 1414)