SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,   Plaintiff,

- against -

Simpson Capital Management, Inc., et al.   Defendant.

7 cv 06072 (JGK)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Tami S. Stark, attorney for Securities and Exchange Commission and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Amy J. Greer |
| Firm Name: | Securities and Exchange Commission |
| Address: | 701 Market Street, Suite 2000 |
| City/State/Zip: | Philadelphia, PA 19106 |
| Telephone/Fax: | (215) 597-3100 |
| Email Address: | greera@sec.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-18-07

is admitted to practice pro hac vice as counsel for Securities and Exchange Commission in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 9/18/07
City, State: ~~Philadelphia, Pennsylvania~~ New York, New York

_John F. Keenan_
United States ~~Magistrate~~ District Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,   Plaintiff,

- against -

Simpson Capital Management, Inc., et al.   Defendant.

7 cv 06072 (JK)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Tami S. Stark, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Amy J. Greer
Firm Name: Securities and Exchange Commission
Address: 701 Market Street, Suite 2000
City/State/Zip: Philadelphia, PA 19106
Phone Number: (215) 597-3100
Fax Number: (215) 597-2740

Amy J. Greer is a member in good standing of the Bar of the States of PENNSYLVANIA

There are no pending disciplinary proceeding against Amy J. Greer in any State or Federal court.

Dated: _____
City, State: Philadelphia, Pennsylvania

Respectfully submitted,

_Tami Stark_ (signature)

Sponsor's Tami S. Stark (NY TSS8321)
SDNY Bar
Firm Name: U.S. Securities and Exchange Commission
Address: 701 Market Street, Suite 2000
City/State/Zip: Philadelphia, PA 19106
Phone Number: (215) 597-3100
Fax Number: (215) 597-2740

SDNY Form Web 10/2006

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Amy J. Greer, Esq.

#### DATE OF ADMISSION

*November 13, 1989*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 30, 2007

_____
Patricia A. Johnson
Chief Clerk

## CERTIFICATE OF SERVICE

I hereby certify that, this 17th day of September, 2007, I caused the foregoing Motion for Pro Hac Vice Admission of Amy J. Greer, David H. Horowitz and Brendan P. McGlynn with attachments and proposed order to be served as via first class mail:

John C. Dowling
c/o Charles E. Clayman, Esquire
305 Madison Avenue
New York, New York 10165

Robert Simpson
c/o Alan Levine, Esq
Cooley Godward Kronish, LLP
1114 Avenue of the Americas
New York, New York 10036

Simpson Capital Management, Inc.
c/o Alan Levine, Esquire
Cooley Godward Kronish, LLP
1114 Avenue of the Americas
New York, New York 10036

_____
Tami S. Stark