SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

    Plaintiff,

- against -

Simpson Capital Management, Inc., et al.

    Defendant.

7 cv 06072 (JK)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Tami S. Stark, attorney for Securities and Exchange Commission and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Brendan McGlynn |
| Firm Name: | Securities and Exchange Commission |
| Address: | 701 Market Street, Suite 2000 |
| City/State/Zip: | Philadelphia, PA 19106 |
| Telephone/Fax: | (215) 597-3100 |
| Email Address: | mcglynnb@sec.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-18-07

is admitted to practice pro hac vice as counsel for Securities and Exchange Commission in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 9/18/07
City, State: ~~Philadelphia, Pennsylvania~~ New York, New York

_____
United States District/~~Magistrate~~ Judge

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Securities and Exchange Commission,   Plaintiff,

- against -

Simpson Capital Management, Inc., et al.   Defendant.

_7_ cv _06072_ (_JK_)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Tami S. Stark, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Brendan McGlynn
Firm Name:   Securities and Exchange Commission
Address:   701 Market Street, Suite 2000
City/State/Zip:   Philadelphia, PA 19106
Phone Number:   (215) 597-3100
Fax Number:   (215) 597-2740

Brendan McGlynn is a member in good standing of the Bar of the States of PENNSYLVANIA

There are no pending disciplinary proceeding against Brendan McGlynn in any State or Federal court.

Dated:
City, State:   Philadelphia, Pennsylvania

Respectfully submitted,

Sponsor's   Tami S. Stark (NY TSS8321)
SDNY Bar
Firm Name:   U.S. Securities and Exchange Commission
Address:   701 Market Street, Suite 2000
City/State/Zip:   Philadelphia, PA 19106
Phone Number:   (215) 597-3100
Fax Number:   (215) 597-2740

SDNY Form Web 10/2006

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Securities and Exchange Commission | Plaintiff, | 07 cv 06072 (JK) |
| - against - | | **AFFIDAVIT OF TAMI S. STARK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| Simpson Capital Management, Inc., et al. | Defendant. | |

State of New York  )
                                 )  ss:
County of New York  )

Tami S. Stark, being dully sworn hereby deposes and says as follows:

1. I am Of Counsel at the Securities and Exchange Commission, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Brendan P. McGlynn as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the state of New York, and was admitted to practice law in January 28, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Brendan P. McGlynn since December 2002.

4. Mr. McGlynn is Of Counsel at the Securities and Exchange Commission, in Philadelphia, Pennsylvania.

5. I have found Mr. McGlynn to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Brendan P. McGlynn, pro hac vice

7. I respectfully submit a proposed order granting the admission of Brendan P. McGlynn, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Brendan P. McGlynn, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:
City, State:
Notarized:

Sworn to and subscribed before me
this 17th day of SEPT 2007.

*Carla M. Monzon*

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
CARLA M. MONZON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 13, 2010

Respectfully submitted,

*Tami Stark*

Tami S. Stark
NY TSS8321



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Brendan Peter McGlynn, Esq.*

**DATE OF ADMISSION**

*January 29, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated: August 30, 2007**

*Patricia Johnson*
Patricia A. Johnson
Chief Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That Brendan McGlynn , Bar # 77271, was duly admitted to practice in said Court on August 15, 1996 , and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania          MICHAEL E. KUNZ
                                                                                      Clerk of Court

on July 5, 2007.                                              BY _____
                                                                            Aida Ayala,     Deputy Clerk