UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
SECURITIES AND EXCHANGE           :
COMMISSION,

       Plaintiff,                :

vs.                               :

SIMPSON CAPITAL MANAGEMENT, INC., :  CIVIL ACTION No. 07 cv 6072 (JGK)
ROBERT A. SIMPSON, and               ECF CASE
JOHN C. DOWLING,                  :  **NOTICE OF APPEARANCE**

       Defendants.              :

                                       :

------------------------------------- X

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel of record on behalf of Defendant John C. Dowling in the above-captioned case. I certify that I am admitted to practice in this Court.

Dated: September 19, 2007                    Respectfully submitted,
       New York, New York

                                                   Thomas C. Rotko (TR 9339)
                                                   Clayman & Rosenberg
                                                   305 Madison Avenue
                                                   New York, NY 10165
                                                   Phone: (212) 922-1080
                                                   Fax:   (212) 949-8255