UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                                           :
            Plaintiff,
                                                           :
    vs.
                                                           :   CIVIL ACTION No. 07 cv 6072 (JGK)
SIMPSON CAPITAL MANAGEMENT, INC., :   ECF CASE
ROBERT A. SIMPSON, and
JOHN C. DOWLING,                                :   **NOTICE OF APPEARANCE**

            Defendants.                              :

                                                           :

                                                           :
------------------------------------------------- X

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for John C. Dowling. I certify that I am admitted to practice in this Court.

Dated: September 19, 2007
       New York, New York

Respectfully submitted,

_____
Charles E. Clayman (CC 0346)
Clayman & Rosenberg
305 Madison Avenue
New York, NY 10165
Phone: (212) 922-1080
Fax:    (212) 949-8255