```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

                v.

SIMPSON CAPITAL MANAGEMENT, INC.,
ROBERT A. SIMPSON and
JOHN C. DOWLING,

                Defendants.

CIVIL ACTION No. 07 cv 6072 (JGK)
ECF CASE

STIPULATION

---

**IT IS HEREBY STIPULATED AND AGREED**, by and amongst counsel for the undersigned parties, that Plaintiff's Response to Defendants' Motion to Dismiss, originally due October 2, 2007, is extended to October 26, 2007. Further, Defendants' Reply to Plaintiff's Response to the Motion to Dismiss, originally due five business days after service of Plaintiff's Response, is extended to November 21, 2007. This is the first request for an extension by either party.

    This stipulation may be signed in counterpart via facsimile or .pdf format, and such signatures shall be deemed original for all purposes.

New York, New York
Dated: September __, 2007

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | COOLEY GODWARD KRONISH LLP |

By: /s/ David S. Horowitz

David S. Horowitz (admitted pro hac vice)
Tami S. Stark (TS 8321)
701 Market Street, Suite 2000
Philadelphia, PA 19106
(215) 597-3100

*Attorneys for Plaintiff*

By:_____
Alan Levine (AL 1073)

1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000

*Attorneys for Defendants Simpson Capital Management, Inc. and Robert A. Simpson*

CLAYMAN & ROSENBERG

By:_____
Charles E. Clayman (CC 0346)

305 Madison Avenue
New York, NY 10165
(212) 922-1080

*Attorneys for Defendant John C. Dowling*

SO ORDERED:

/s/ John G. Koeltl

Honorable John G. Koeltl
United States District Court Judge
Southern District of New York

10/4/07

2

New York, New York
Dated: September __, 2007

| SECURITIES AND EXCHANGE COMMISSION | COOLEY GODWARD KRONISH LLP |

By:_____
   David S. Horowitz (admitted pro hac vice)
   Tami S. Stark  (TS 8321)
   701 Market Street, Suite 2000
   Philadelphia, PA  19106
   (215) 597-3100

*Attorneys for Plaintiff*

By: *Alan Levine* (1073)
   Alan Levine (AL 1073)

   1114 Avenue of the Americas
   New York, NY  10036
   (212) 479-6000

*Attorneys for Defendants Simpson Capital Management, Inc. and Robert A. Simpson*

CLAYMAN & ROSENBERG

By:_____
   Charles E. Clayman (CC 0346)

   305 Madison Avenue
   New York, NY  10165
   (212) 922-1080

*Attorneys for Defendant John C. Dowling*

SO ORDERED:

_____
Honorable John G. Koeltl
United States District Court Judge
Southern District of New York

New York, New York
Dated: September __, 2007

| SECURITIES AND EXCHANGE COMMISSION | COOLEY GODWARD KRONISH LLP |
|---|---|

By:_____
David S. Horowitz (admitted pro hac vice)
Tami S. Stark (TS 8321)
701 Market Street, Suite 2000
Philadelphia, PA 19106
(215) 597-3100

*Attorneys for Plaintiff*

By:_____
Alan Levine (AL 1073)

1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000

*Attorneys for Defendants Simpson Capital Management, Inc. and Robert A. Simpson*

CLAYMAN & ROSENBERG

By:_____
Charles E. Clayman (CC 0346)

305 Madison Avenue
New York, NY 10165
(212) 922-1080

*Attorneys for Defendant John C. Dowling*

SO ORDERED:

_____
Honorable John G. Koeltl
United States District Court Judge
Southern District of New York

2