## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2007, I caused true and correct copies of Plaintiff Securities and Exchange Commission's Opposition to Defendants' Motion to Dismiss Complaint, together with the attached Appendix, which have been electronically filed and available for viewing and downloading from the ECF system, to be served on the defendants in the manner indicated below:

**Via Federal Express**

Alan Levine, Esq.
Celia Goldwag Barenholtz, Esq.
Jason Koral, Esq.
Emma Terrell, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036

Charles E. Clayman, Esq.
Thomas C. Rotko, Esq.
Clayman & Rosenberg
305 Madison Avenue, Suite 1301
New York, New York 10165


_____s/ David S. Horowitz_____
David S. Horowitz

Attorney for Plaintiff:

SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
701 Market Street, Suite 2000
Philadelphia, PA 19106
(215) 597-3100