UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
SECURITIES AND EXCHANGE             :
COMMISSION,
                                     :
          Plaintiff,
                                     :
     vs.
                                     :   CIVIL ACTION No. 07 cv 6072 (JGK)
SIMPSON CAPITAL MANAGEMENT, INC.,    :   ECF CASE
ROBERT A. SIMPSON, and
JOHN C. DOWLING,                     :   **STIPULATION**

          Defendants.                :

                                     :

------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED**, by and amongst counsel for the undersigned parties, that Defendants' time to reply to Plaintiff's opposition to Defendants' motion to dismiss is extended to November 30, 2007. This is the second request for an extension by either party.

This stipulation may be signed in counterpart via facsimile or .pdf format, and such signatures shall be deemed original for all purposes.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

New York, New York
Dated: November 19, 2007

| SECURITIES AND EXCHANGE COMMISSION | COOLEY GODWARD KRONISH LLP |
|---|---|
| By:_____ | By: *[signature]* _____ |
|  | Alan Levine (AL 1073) |
| 701 Market Street, Suite 2000 | 1114 Avenue of the Americas |
| Philadelphia, PA 19106 | New York, NY 10036 |
| (215) 597-3100 | (212) 479-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Simpson Capital Management, Inc. and Robert A. Simpson* |

CLAYMAN & ROSENBERG

By:_____
Charles E. Clayman (CC 0346)

305 Madison Avenue
New York, NY 10165
(212) 922-1080

*Attorneys for Defendant John C. Dowling*

SO ORDERED:

*[signature]* 6/[illegible]

Honorable John G. Koeltl
United States District Court Judge
Southern District of New York

11/08/07

-2-

New York, New York
Dated: November 19, 2007

| SECURITIES AND EXCHANGE COMMISSION | COOLEY GODWARD KRONISH LLP |
|---|---|
| By: /s/ Brendan P. McGlynn | By: _____ |
| Brendan P. McGlynn (admitted *pro hac vice*) | Alan Levine (AL 1073) |
| 701 Market Street, Suite 2000 | 1114 Avenue of the Americas |
| Philadelphia, PA 19106 | New York, NY 10036 |
| (215) 597-3100 | (212) 479-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Simpson Capital Management, Inc. and Robert A. Simpson* |

CLAYMAN & ROSENBERG

By: _____
Charles E. Clayman (CC 0346)

305 Madison Avenue
New York, NY 10165
(212) 922-1080

*Attorneys for Defendant John C. Dowling*

SO ORDERED:

_____
Honorable John G. Koeltl
United States District Court Judge
Southern District of New York