USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/2007

JUDGE JOHN G. KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

        vs.

SIMPSON CAPITAL MANAGEMENT, INC.,
ROBERT A. SIMPSON, and
JOHN C. DOWLING,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CIVIL ACTION No. 07 cv 6072 (JGK)
ECF CASE

**STIPULATION**

    **IT IS HEREBY STIPULATED AND AGREED**, by and amongst counsel for the undersigned parties, that Defendants' time to reply to Plaintiff's opposition to Defendants' motion to dismiss is extended to November 30, 2007. This is the second request for an extension by either party.

    This stipulation may be signed in counterpart via facsimile or .pdf format, and such signatures shall be deemed original for all purposes.

New York. New York
Dated: November 19, 2007

SECURITIES AND EXCHANGE
COMMISSION

COOLEY GODWARD KRONISH LLP

By:

By: _Alan Levine_

Alan Levine (AL 1073)

701 Market Street, Suite 2000
Philadelphia. PA  19106
(215) 597-3100

1114 Avenue of the Americas
New York, NY  10036
(212) 479-6000

*Attorneys for Plaintiff*

*Attorneys for Defendants Simpson Capital
Management, Inc. and Robert A. Simpson*

CLAYMAN & ROSENBERG

By:

Charles E. Clayman (CC 0346)

305 Madison Avenue
New York, NY  10165
(212) 922-1080

*Attorneys for Defendant John C. Dowling*

SO ORDERED:

Honorable John G. Koeltl
United States District Court Judge
Southern District of New York

11/20/07

New York, New York
Dated: November 19, 2007

SECURITIES AND EXCHANGE
COMMISSION

By: _____
  Brendan P. McGlynn (admitted *pro hac
  vice*)

701 Market Street, Suite 2000
Philadelphia, PA  19106
(215) 597-3100

*Attorneys for Plaintiff*

COOLEY GODWARD KRONISH LLP

By: _____
  Alan Levine (AL 1073)

1114 Avenue of the Americas
New York, NY  10036
(212) 479-6000

*Attorneys for Defendants Simpson Capital
Management, Inc. and Robert A. Simpson*

CLAYMAN & ROSENBERG

By: _____
  Charles E. Clayman (CC 0346)

305 Madison Avenue
New York, NY  10165
(212) 922-1080

*Attorneys for Defendant John C. Dowling*

SO ORDERED:

_____
Honorable John G. Koeltl
United States District Court Judge
Southern District of New York