## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2007, the foregoing Reply Memorandum in Support of Motion to Dismiss and Affirmation of Emma Terrell were filed via CM/ECF, which will provide electronic copies and notification of filing to the counsel listed below.

Daniel M. Hawke  
Elaine C. Greenberg  
Amy J. Greer  
David S. Horowitz  
Brendan P. McGlynn  
Jack C. Easton  
Tami S. Stark  
SECURITIES AND EXCHANGE COMMISSION  
Philadelphia Regional Office  
701 Market Street, Suite 2000  
Philadelphia, PA  19106  

                                                                /s/ Emma Terrell  
                                                                Emma Terrell (ET 1414)