USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

vs.

SIMPSON CAPITAL MANAGEMENT, INC.,
ROBERT A. SIMPSON and
JOHN C. DOWLING,

       Defendants.
------------------------------------- X

INDEX No. 07 CV 6072 (JGK)
ECF CASE

### FRCP 26(f) Civil Case Management Plan

The Court hereby **ORDERS**:

1. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court.

2. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than November 30, 2007.

3. All fact discovery should be completed no later than September 30, 2008.

4. The presumptive limit on the number of depositions provided under Fed. R. Civ. P. 30 shall be increased from ten (10) to fifteen (15) per party, without prejudice to the rights of either party to seek leave of the Court to take additional depositions pursuant to Fed. R. P. 30(a)(2)(A).

5. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 3 above: (a) initial requests for the production of documents directed to parties to be served by December 14, 2007; (b) responses to initial requests for the production of documents to be served by January 14, 2008.

6. Identification of expert witnesses shall be completed no later than September 15, 2008.

7. Expert discovery to be completed by November 28, 2008.

8. All motions shall be governed by the Court's individual practice rules, including pre-motion conference requirements. Any party seeking to make a motion for summary judgment shall request a pre-motion conference in writing after the close of fact discovery, but no later than December 15, 2008.

9. The parties shall submit to the Court for its approval a Joint Pretrial Order in accordance with Individual Practice Rule 3 of the Court.

Dated: 12/20/07

UNITED STATES DISTRICT JUDGE

2