USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-02-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE             :
COMMISSION,

              Plaintiff,       :    Case No. 07-CV-6072 (JGK)
                           ECF CASE

      v.                           :
                           **REVISED FED. R. CIV. P. 26(f)**
                      :    **DISCOVERY PLAN AND**
SIMPSON CAPITAL MANAGEMENT, INC.,   **SCHEDULING ORDER**
ROBERT A. SIMPSON and JOHN C.
DOWLING,                            :

              Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    The Court hereby ORDERS:

1.    Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court.

2.    Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure have already been exchanged between the parties.

3.    All fact discovery should be completed no later than December 30, 2008.

4.    The presumptive limit on the number of depositions provided under Fed. R. Civ. P. 30 shall be increased from ten (10) to fifteen (15) per party, without prejudice to the rights of either party to seek leave of the Court to take additional depositions pursuant to Fed. R. Civ. P. 30(a)(2)(A).

5.    The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York.

6.    Identification of expert witnesses shall be completed no later than December 15, 2008.

7.    Expert discovery to be completed by February 27, 2009.

8.      All motions shall be governed by the Court's individual practice rules, including pre-motion conference requirements.  Any party seeking to make a motion for summary judgment shall request a pre-motion conference in writing after the close of fact discovery, but no later than March 16, 2009.

9.      The parties shall submit to the Court for its approval a Joint Pretrial Order in accordance with Individual Practice Rule 3 of the Court.

Dated:          3/31/08

UNITED STATES DISTRICT JUDGE