UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

      SEC     ,

                    Plaintiff(s),

- against –

      SIMPSON CAPITAL MGMT   ,

                    Defendant(s).
------------------------------------------------------------X

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 4/29/08

07 Civ 6072 ( JGK )(RLE) (DCF)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ___

**SO ORDERED.**

DATED:   New York, New York
             April 24, 2008

                                    John G. Koeltl
                                 United States District Judge

* Do not check if already referred for general pretrial.