USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION

                   Plaintiff,          07 Civ. 6072 (JGK)

     - against -                 ORDER

SIMPSON CAPITAL MANAGEMENT, INC,
ROBERT A. SIMPSON AND JOHN C.
DOWLING,

                  Defendant.

---

JOHN G. KOELTL, District Judge:

Oral argument on the defendants' motion to dismiss shall take place at **4:30 p.m.** on **Tuesday, July 8, 2008**, instead of 3 p.m. on that date as previously arranged.

SO ORDERED.

Dated:   New York, New York
        July 2, 2008

                                     John G. Koeltl
                                  United States District Judge

1