UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SECURITIES AND EXCHANGE  :
COMMISSION,              :
                         :
         Plaintiff,    :
                         :
         v.            :   CIVIL ACTION No. 07 CV 6072 (JGK)
                         :   ECF CASE
SIMPSON CAPITAL MANAGEMENT, INC., :
ROBERT A. SIMPSON and    :
JOHN C. DOWLING,         :
                         :
         Defendants.   :
_____:

## MOTION FOR LEAVE OF COURT TO
## PERMIT COUNSEL TO WITHDRAWL APPEARANCE

    Plaintiff, the Securities and Exchange Commission ("Commission"), hereby moves this Court for leave to permit one of its attorneys to withdraw her appearance in this action. Trial Counsel, Amy J. Greer has appeared in this action pro hac vice. Ms. Greer has resigned from the Commission effective August 1, 2008. All other counsel who have entered appearances on behalf of the Commission shall continue their representation of the Plaintiff. A proposed order is attached.

Dated: July 11, 2008                           /s/ Amy J. Greer
                                                  Amy J. Greer
                                                  David S. Horowitz
                                                  Scott A. Thompson
                                                  Tami S. Stark (TSS-8321)
                                                  Brendan P. McGlynn
                                                  **Securities and Exchange Commission**
                                                  Philadelphia Regional Office
                                                  701 Market Street, Suite 2000
                                                  Philadelphia, PA  19106
                                                  (215) 597-3100
                                                  (215) 597-2740 (Fax)