UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION No. 07 CV 6072 (JGK) : ECF CASE |
| SIMPSON CAPITAL MANAGEMENT, INC., ROBERT A. SIMPSON and JOHN C. DOWLING, | : : : : |
| Defendants. | : : |

## CERTIFICATE OF SERVICE

I do hereby certify that on this 11th day of July 2008, I caused a true and correct copy of the foregoing Motion for Leave of Court to Permit Counsel to Withdraw Appearance and proposed order to be served upon the following via U.S. Postal Service, First Class Mail:

>Alan Levine, Esq.
>Celia Goldwag Barenholtz, Esq.
>Jason Koral, Esq.
>Emma Terrell, Esq.
>Colley Godward Kronish LLP
>1114 Avenue of the Americas
>New York, New York 10036
>
>Charles E. Clayman, Esq.
>Thomas C. Rotko, Esq.
>Clayman & Rosenberg
>305 Madison Avenue, Suite 1301
>New York, New York 10165

>s/ Amy J. Greer
>Amy J. Greer