UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

          v.

SIMPSON CAPITAL MANAGEMENT, INC.,
ROBERT A. SIMPSON and
JOHN C. DOWLING,

                Defendants.

---

CIVIL ACTION No. 07 CV 6072 (JGK)
ECF CASE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-15-08

### ORDER PERMITTING COUNSEL TO WITHDRAW APPEARANCE

On the motion of plaintiff, Securities and Exchange Commission, for good cause shown,

IT IS ORDERED that the motion is granted and Amy J. Greer is permitted to withdraw her appearance in this action.

Date: 7/14, 2008

UNITED STATES DISTRICT JUDGE