> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/17/08

*Kochti, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,      :   Case No. 07-CV-6072 (JGK)
                           :   ECF CASE

      v.                  :

SIMPSON CAPITAL MANAGEMENT, INC., :  **STIPULATION**
ROBERT A. SIMPSON and
JOHN C. DOWLING,             :

           Defendants.    :

------------------------------------ X

     IT IS HEREBY STIPULATED AND AGREED among the undersigned counsel for the

parties that defendants' time to answer the Complaint is extended from September 17, 2008 to

September 24, 2008. This is the defendants' first request for an extension of time to answer

since the Court denied the defendants' motion to dismiss on September 3, 2008.

     This stipulation may be signed in counterparts and transmitted via facsimile or .pdf

format, and such signatures shall be deemed original for all purposes.



Dated:  September 12, 2008

COOLEY GODWARD KRONISH LLP

By: _____

Jason M. Koral

1114 Avenue of the Americas
New York, NY  10036
(212) 479-6000

Attorneys for Defendants
Robert A. Simpson and Simpson Capital
Management, Inc.


CLAYMAN & ROSENBERG

By: _____

Thomas C. Rotko

305 Madison Avenue, Suite 1301
New York, NY  10165
(212) 922-1080

Attorneys for Defendant
John C. Dowling

By: _____

David S. Horowitz (admitted *pro hac vice*)
Brendan P. McGlynn (admitted *pro hac
vice*)
Scott A. Thompson, Esq. (admitted *pro hac
vice*)
Tami S. Stark (TS-8321)

Attorneys for Plaintiff:

SECURITIES AND EXCHANGE
COMMISSION
Philadelphia Regional Office
701 Market Street, Suite 2000
Philadelphia, PA 19106
(215) 597-3100

SO ORDERED:

_____

Honorable John G. Koeltl
United States District Judge

9/16/08

-2-